UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Jun 15, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: EVENFLO COMPANY, INC.,
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2938

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On June 2, 2020, the Panel transferred 8 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Denise J. Casper.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Casper.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of June 2, 2020, and, with the consent of that court, assigned to the Honorable Denise J. Casper.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 12, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts
By: Deputy Clerk
Date: 06/12/2020

IN RE: EVENFLO COMPANY, INC.,
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2938

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 20−03443 | Janet Juanich v. Evenflo Company Inc et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 20−00610 | Hampton v. Evenflo Company, Inc. |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 20−00437 | Correa Talutto et al v. Evenflo Co., Inc. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 20−00828 | Alexie v. Evenflo Company Inc |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 20−00367 | Naughton v. Evenflo Company, Inc. |
| **OHIO SOUTHERN** | | | |
| OHS | 2 | 20−01069 | Woodson et al v. Evenflo Company, Inc. |
| OHS | 3 | 20−00081 | Feinfeld v. Evenflo Company, Inc. |
| OHS | 3 | 20−00118 | Gladstone et al v. Evenflo Company, Inc. |
| OHS | 3 | 20−00163 | Brinkerhoff v. Evenflo Company, Inc. |
| **WASHINGTON EASTERN** | | | |
| WAE | 2 | 20−00081 | Reed v. Evenflo Company Inc |